UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

PABLO F.Q.,                                          Case No. 26-CV-2850 (PJS/DJF)

            Petitioner,

v.                                                   ORDER OF DISMISSAL

TODD BLANCHE, Acting Attorney
General; MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland
Security; TODD M. LYONS; Acting
Director of Immigration and Customs
Enforcement; DAVID EASTERWOOD,
Acting Director, St. Paul Field Office
Immigration and Customs Enforcement;
and SHERIFF JOEL BROTT, Sheriff of
Sherburne County,

            Respondents.

_____

Based upon the Joint Notice for Voluntary Dismissal filed by the parties on

August 6, 2026 [ECF No. 8],

IT IS ORDERED that this action is dismissed without prejudice and without costs

or disbursements to any party.


Dated: August 6, 2026                    /s/ Patrick J. Schiltz
                                         Patrick J. Schiltz
                                         United States District Judge